*Thursday, January 7, 1993*

## DISCIPLINARY DOCKET

**92–2503.** In re Brustoski. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Warren Paul Brustoski, Attorney Registration No. 0041112, is indefinitely suspended from the practice of law.

## MISCELLANEOUS DOCKET

**DM 85–1.** Disciplinary Counsel v. Lyles. On *sua sponte* motion for *nunc pro tunc* order. Motion granted.

**92–2323.** In re Doerger. On motion to show cause. Al Doerger is ordered to show cause.